UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY MINER,<br><br>    Plaintiff,<br><br>v.<br><br>W. DAVID SMILEY, et al.,<br><br>    Defendants. | No.  2:17-cv-1896-MCE-EFB P<br><br><br>ORDER |

Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. He requests an order directing the California Department of Corrections and Rehabilitation to retrieve his property from another prison so that he can file objections to the February 12, 2020 findings and recommendation that defendants' motion for summary judgment be granted. ECF No. 41.  The request is DENIED without prejudice.  The court's May 11, 2020 order (ECF No. 40) granted plaintiff a 90-day extension of time to file objections and in light of that extension it appears that the order plaintiff now seeks is unnecessary.

The court reminds plaintiff that the objection period is not the time to advance new arguments or evidence, as plaintiff had the chance to do so through his opposition brief.  As a

/////

/////

/////

one-time courtesy, the Clerk of the Court is directed to re-serve plaintiff a copy of the February 12, 2020 findings and recommendations (ECF No. 36).

So ordered.

DATED:  July 1, 2020.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE