UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY MINER,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>W. DAVID SMILEY, et al.,<br><br>　　　　Defendants. | No.  2:17-cv-01896-MCE-JDP (PC)<br><br><br>ORDER |

　　　　Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

　　　　On February 12, 2020, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days.  None of the parties have filed objections to the findings and recommendations.

　　　　In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a <u>de novo</u> review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

/////

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed February 12, 2020, are adopted in full; and

2. Defendants' motion for summary judgment (ECF No. 29) is granted;

3. Plaintiff's motion for settlement conference (ECF No. 26) is denied as moot; and

4. The Clerk of Court is directed to enter judgment in defendants' favor and close the case.

IT IS SO ORDERED.

Dated: March 31, 2021

_____
MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE